# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA FERNANDA REINA LLANO,<br><br>Petitioner,<br><br>v.<br><br>Warden, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. EDCV 26-2411-PVC<br><br>**MEMORANDUM DECISION AND ORDER GRANTING PETITION AND ORDERING IMMEDIATE RELEASE** |

On May 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, seeking an order requiring Respondents to immediately release her from immigration detention, or alternatively, a bond hearing in this Court, and enjoining Respondents from re-detaining Petitioner unless her re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community. (Dkt. No. 1 at 16).  On May 13, 2026, Respondents filed an Answer to the Petition for Writ of Habeas Corpus, stating that they "are not presenting an opposition argument" to the Petition.  (Dkt. No. 7 at 2).  Because Respondents do not oppose the Petition, its merits are conceded.  *See* C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the

failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."); *see also* C.D. Cal. L.R. 7-9 (setting forth the requirements of opposition brief or statement of non-opposition).

Accordingly, the Court **GRANTS** the Petition, and Respondents are **ORDERED** to:

1) Release Petitioner from custody immediately;
2) Not re-detain Petitioner under 8 U.S.C. § 1226 unless his re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community; and
3) File a notice of compliance no later than **May 17, 2026.**

The matter is deemed closed.  The Court **ORDERS** the Clerk to vacate any pending dates and to close the case.  Judgment is **ENTERED** in favor of Petitioner.

IT IS SO ORDERED.

Dated: May 15, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2