JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS FERNANDA REINA LLANO,<br><br>        Petitioner,<br><br>        v.<br><br>Warden, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>        Respondents. | Case No. EDCV 26-2411-PVC<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents are ordered to:

1)  Release Petitioner from custody immediately;

2)  Not re-detain Petitioner under 8 U.S.C. § 1226 unless her re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community; and

3) File a notice of compliance no later than **May 17, 2026.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 15, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2